**Earl McCREE and Vivian
McCree, Appellants,**

v.

**Douglas BEACH and Robert
Heggie, Respondents.**

**No. ED 78280.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 29, 2001.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 19, 2001.

Application for Transfer Denied
Aug. 21, 2001.

Laurence D. Mass, Clayton, MO, for
appellant.

Anthony R. Behr, St. Louis, MO, for
respondent.

Before ROBERT G. DOWD, Jr., P.J.,
and MARY RHODES RUSSELL and
RICHARD B. TEITELMAN, JJ.

**ORDER**

PER CURIAM.

Earl and Vivian McCree (the McCrees)
appeal a jury verdict in which the jury
found the McCrees' attorneys, Douglas
Beach and Robert Heggie (the Attorneys),
were not negligent in handling the
McCrees' fire loss claim. The McCrees
argue the trial court erred in (1) prohibit-
ing the McCrees' expert from testifying
that the Attorneys were negligent in fail-
ing to refer the case to a more experienced
attorney, (2) prohibiting direct evidence
and cross-examination on the quality of the
Attorneys' representation, (3) excluding
the testimony of the claims supervisor, (4)
withdrawing the transcript of the original
trial once it had been admitted into evi-
dence, (5) prohibiting a demonstration vid-
eo, and (6) prohibiting the McCrees from
submitting damages. We affirm.

We have reviewed the briefs of the par-
ties, the legal file, the transcript, and the
exhibits. An opinion would have no prece-
dential value nor serve any jurisprudential
purpose. The parties have been furnished
with a memorandum for their information
only, setting forth reasons for this order
pursuant to Rule 84.16(b).